IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRIT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

PEPINE L. THOMAS,

    Plaintiff,

v.

AFP 103 MANAGEMENT CORP.
d/b/a AFP MANAGEMENT CORP.,
a foreign corporation,

    Defendant.

_____/

## NOTICE OF REMOVAL

    Defendant, AFP 103 MANAGEMENT CORPORATION d/b/a AFP MANAGEMENT CORPORATION ("AFP"), pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, files this Notice of Removal and, in doing so, shows this Court the following:

    1.    On April 3, 2019, Plaintiff filed a complaint in this action in the Eleventh Judicial District in and for Miami Dade County, Florida, Case No. 2019-010226 CA 07 (the "State Court Action").  Defendant was served with the summons and complaint in the State Court Action on April 26, 2019.  (A copy of the summons and complaint is attached as Exhibit A.)  Therefore, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

    2.    Because Plaintiff, in her complaint, alleges a single cause of action under the Family and Medical Leave Act, this Court has original jurisdiction under 28 U.S.C. § 1331 and, as such, removal is proper pursuant to  28 U.S.C. § 1441.

3. Defendant, therefore, requests that the United States District Court for the Southern District of Florida issue such orders and process as are necessary to preserve its jurisdiction over this matter.

Respectfully submitted this 9th day of May, 2019,

        **LEWIS BRISBOIS BISGAARD & SMITH LLP**
        110 SE 6th Street, Suite 2600
        Fort Lauderdale, FL 33301
        Telephone: 954.728.1280
        Facsimile: 954.728.1282

By: */s/ Joelle C. Sharman*
     **JOELLE C. SHARMAN**
     Florida Bar No. 0045070
     Joelle.Sharman@lewisbrisbois.com
     **JUSTEN S. FISCHER, ESQ.**
     Florida Bar No. 119150
     Justen.Fischer@Lewisbrisbois.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9th 2019 the foregoing document was e-filed with the Clerk of the Court using CM/ECF, and sent via regular U.S. mail to the following:

> Anthony Georges-Pierre, Esq.
> Remer & Georges-Pierre, PLLC
> 44 West Flagler Street
> Suite 2200
> Miami, FL 33130
> Attorneys for Plaintiff

By: */s/ Joelle C. Sharman*
**JOELLE C. SHARMAN**
Florida Bar No. 0045070
joelle.sharman@lewisbrisbois.com
**JUSTEN S. FISCHER, ESQ.**
Florida Bar No. 119150
justen.fischer@lewisbrisbois.com